Sheehan & Associates, P.C.

Spencer Sheehan
spencer@spencersheehan.com

60 Cuttermill Rd Ste 409
Great Neck NY 11021

T (516) 268-7080
F (516) 234-7800

November 29, 2021

District Judge Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   1:21-cv-07255-RA
       Angeles v Nestlé USA, Inc.

Dear District Judge Abrams:

This office represents the Plaintiff. In accordance with the Court's Individual Rules, the parties request an adjournment of the initial conference and the accompanying submissions. The original date for the initial conference is December 10, 2021, at 10:45 AM, with the proposed civil case management plan and scheduling order to be submitted by December 3, 2021.

This action was filed on August 29, 2021. ECF No. 1. Plaintiff filed an amended complaint naming the correct party, Nestlé USA, Inc., on September 13, 2021. ECF No. 9. Defendant waived service on November 22, 2021, and its answer or response is due January 21, 2022. ECF No. 11.

The parties request an adjournment of the initial conference and the accompanying submissions so that Defendant may evaluate the case in advance of the date by which its answer or response is due.

There have been no previous requests for adjournments of the initial conference and extensions of time to file the accompanying submissions. No previous request was granted or denied. Defendant consents to this request. The proposed new date for the initial conference is February 4, 2022, with the submissions filed no later than January 28, 2022. This request is submitted at least 48 hours prior to the time by which submissions for the initial conference are required. Thank you.

Application granted.

The initial pretrial conference scheduled for December 10, 2021 is adjourned to February 4, 2022 at 4:15 p.m. The parties' joint letter and proposed case management plan shall be filed on or before January 28, 2022.

The parties shall use the dial-in information provided below to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

SO ORDERED.

Hon. Ronnie Abrams
11/30/2021

Respectfully submitted,

 /s/Spencer Sheehan

**Certificate of Service**

I certify that on November 29, 2021, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☒ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan