UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 02/01/2022
```

MARITZA ANGELES, *individually and on behalf of all others similarly situated*,

            Plaintiff

v.

NESTLÉ USA, INC.,

            Defendant.

No. 21-CV-7255 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The Court is in receipt of the parties' January 25, 2022 joint letter and proposed case management plan. *See* Dkts. 19, 20. The parties' proposed case management plan is tethered to the Court's decision on Defendant's pending motion to dismiss, with all discovery deadlines to be set following the Court's decision. Defendant further reports that its position is that no fruitful settlement discussions can take place until after resolution of the motion to dismiss.

    Accordingly, the initial pretrial conference scheduled for February 5, 2022 is hereby adjourned *sine die*. If the case is to proceed following the Court's decision on the motion, the conference will be promptly rescheduled at that point, and the Court will direct the parties to submit a revised scheduling order. If the parties wish to discuss any issues with the Court prior to resolution of the pending motion, they may of course file a letter requesting a conference.

SO ORDERED.

Dated:    February 1, 2022
             New York, New York

                                                        Ronnie Abrams
                                                        United States District Judge